

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1  DAYLE ELIESON<br>   United States Attorney<br>2  District of Nevada<br>   KILBY MACFADDEN<br>3  Assistant United States Attorney<br>   501 Las Vegas Boulevard So., Suite 1100<br>4  Las Vegas, Nevada 89101<br>5  Phone: (702) 388-6336<br>   Fax: (702) 388-5087<br>6  kilby.macfadden@usdoj.gov | FILED<br>2018 MAY 14 AM 9:00<br>U.S. MAGISTRATE JUDGE<br>BY_____ |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF<br><br>IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY KNOWN AS DR. STEVEN A. HOLPER, MD, P.C., A.K.A. HOLPER OUTPATIENT MEDICAL CENTER, LOCATED AT 3233 W. CHARLESTON BLVD., SUITE #202, LAS VEGAS, NV 89102; | CASE No. 2:18-mj-192-GWF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>PROPERTY OF 9155 TAMARUS STREET, LAS VEGAS, NV 89123; | CASE No. 2:18-mj-193-GWF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>MOTOR VEHICLE 2000 SILVER MERCEDES ROADSTER BEARING NEVADA REGISTRATION 502-XMC; VIN # WDBFA68F6YF189375; | CASE No. 2:18-mj-194-GWF<br><br>**MOTION TO UNSEAL** |

The United States of America by and through DAYLE ELIESON, United States Attorney, and KILBY MACFADDEN, Assistant United States Attorney, and respectfully moves this Court to unseal the following cases:

2:18-mj-192-GWF
2:18-mj-193-GWF
2:18-mj-194-GWF

The United States has determined there is no longer a need to keep the cases sealed and therefore respectfully requests that the Court unseal them. The United States has included a proposed order that follows this motion.

Dated this 10th day of May, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

KILBY MACFADDEN
Assistant United States Attorney

```
                    FILED
UNITED STATES DISTRICT COURT  AM 9: 00
        DISTRICT OF NEVADA
              -oOo-        U.S. MAGISTRATE JUDGE
                           BY_____
```

| | |
|---|---|
| IN RE: SEALED WARRANT AFFIDAVITS FOR THE SEARCH OF IN THE MATTER OF THE SEARCH OF: <br><br>PROPERTY KNOWN AS DR. STEVEN A. HOLPER, MD, P.C., A.K.A. HOLPER OUTPATIENT MEDICAL CENTER, LOCATED AT 3233 W. CHARLESTON BLVD., SUITE #202, LAS VEGAS, NV 89102; | CASE No. 2:18-mj-192-GWF <br><br> **ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF: <br><br> PROPERTY OF 9155 TAMARUS STREET, LAS VEGAS, NV 89123; | CASE No. 2:18-mj-193-GWF <br><br> **ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF: <br><br> MOTOR VEHICLE 2000 SILVER MERCEDES ROADSTER BEARING NEVADA REGISTRATION 502-XMC; VIN # WDBFA68F6YF189375; | CASE No. 2:18-mj-194-GWF <br><br> **ORDER TO UNSEAL** |

**ORDER**

Based on the Government's *Motion to Unseal*, and good cause appearing therefore, the Court hereby grants the motion to unseal. The Clerk of Court is directed to unseal the following cases:

2:18-mj-192-GWF
2:18-mj-193-GWF
2:18-mj-194-GWF

The case are ordered unsealed.

DATED 14th day of May 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4